in the unid states district court for the district of colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2024

JEFFREY P. COLWELL
CLERK

anderson Jose coutinho-silva

V.        criminal number 10-02-01

A. ciolli warden, united states Penitentiary Administrative maximun facility, florence, colorad. federal Bureau of Prisons.

motion to correct time credits restored Procedures for implementation of 28 u.s.c. § 3632 (d) (4) under 28 u.s.c. §§ 2241.

Petitioner filed A 28 u.s.c.s. § 2241 Petition writ of FSA time credis. Alleging that his confinement At an Administrative maximun Prison violated his fifth And eighth amendment rights And Also an extradition treaty. Said Petitioner doing to restoration of FSA time credits under this subPart may have Part or All full 365 days of the FSA time credits restored to him on A case by case basis. After clear conduct behavior

(1)

clen conduct (Behavior clear of inmate disciplinary infractions under 28 CFR PART 541) for two consecutive rish and needs assessments conducted by the Bureau. Addionally.

Inmates with high or medium pattern maintaining clear conduct for at least three years, said Petitioner coutiho silva he have 4 years clear condct. and successfully completing at least one of the Bureaus residential EBRR Programs recommended based on an identified need area with in the past five years. said Petitioner coutiho silva he have 68 successfully Programs completing within the passt 11 years. so said Petitioner he is qualify for the restoration of FSA time credits. Said Petitioner he filed all administrativ remed appeal BP-08, 09, 10 and BP-11 and appeal to the Attorney geneal. the A. ciolli warden and unit team continually depriving refusing to restoration his time credits. Said Petitioner to be eligible to eligible to earn FSA time credits. An inmate who is eligible to earn FSA time credits is an eligble inmate for the purposes of this subpart. said Petitioner any inmate sentenced to a term of imprisonment pursuant to

(2)

conviction for a federal criminal offense or any person in the custody of the Bureau. it is eligible to earn FSA time credits. subject to the exception described in paragraph (d)(2) of this section.

Said Petitioner if the inmate is serving a term of imprisonment for an offense specified in 28 U.S.C. 3632 (d)(4)(D), the inmate is not eligible to earn FSA time credits.

## NOTIFY

Said Petitioner the institution ADMAX refuse Petitioner allow to participate of the Psychology services programming stop him to earn good time credits and violated his fifth and Eighth Amendment. Said Petitioner he filed a administrative remedy against the ADMAX Psychology services for not allow him to participate of the program. remedy ID is: 11 930 94-F1. said Petitioner is mentally ill for being him solitary confinement illegally for the passt 11 years.

DATE: 7-24-2024

(3)

**U.S. DEPARTMENT OF JUSTICE**                                          **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Coutinho Silva                     64654-066        F        ADMAX
_____
    **LAST NAME, FIRST, MIDDLE INITIAL**        **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST**  This is A Complaint Against ADX Psychology
Services Programming for depriving Refusing me for
Poll me out for the Psychology Program said I'm on
the waiting List for moultiple Classes for the
Passt 9 months. I Request to Participate
the Program.

03-12-2024                                            _____
    **DATE**                                                 **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

_____           _____
    **DATE**                                 **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**                    CASE NUMBER: 1193094-F1
_____

                                                     CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
        **LAST NAME, FIRST, MIDDLE INITIAL**         **REG. NO.**    **UNIT**    **INSTITUTION**

SUBJECT: _____

_____           _____
    **DATE**                                 **RECIPIENT'S SIGNATURE (STAFF MEMBER)**      BP–229(13)
                                                                                APRIL 1982
USP LVN                          PRINTED ON RECYCLED PAPER

**BP-229 Response**                                    Case Number: 1193094-F1

This is in response to your Request for Administrative Remedy received, March 14, 2024, wherein you state Psychology Services is depriving you of participating in groups. As relief, you request to be signed up for psychology programs.

The results of the review revealed you have completed Criminal Thinking (December 2020) and Anger Management (August 2021) while at the ADX. Further, you were enrolled in Basic Cognitive Skills in July 2022; however, you were removed from the group in August 2022 due to your disruptive behaviors. In May 2022, you were enrolled in the Nonresidential Drug Abuse Program, but you withdrew from that group in August 2022. At this time, you remain on the waitlist for the Resolve Workshop, Non-Resolve CPT, Emotional Self-Regulation, Illness Management and Recovery, CBT for Insomnia, Mindfulness Based CBT, and CBT for Prison Gambling. You will be contacted when you are selected for one of these groups. It should be noted that disruptive behavior will not be tolerated during treatment groups.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____              3/19/24
A. Ciolli, Complex Warden                        Date

RECEIVED MAR 2 0 2024

WHEREFORE, for all the reasons stated Petitioner respectfully asks this court to grant his 2241 motion and list this matter for a new time credits and corect.

Respectfully submitted.

Anderson Jose Coutinho-Silva
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Date 7-14-2024

(4)

"Request to Staff"

DATE: 10-31-2023

To: my unit team. F-unit

From: Coutinho Silva #64654-066

I will Lahe to Appeal for my loss of FSA time credits. Restoration of FSA time credits an inmate who has lost FSA time credits under this subpart may have part or all of the FSA time credits restored to him. on a case by case basis, After clear conduct (behavior clear of inmate disciplinary infractions under 28 CFR Part 541) for two consecutive Rish And needs Assessments conducted by the Bureau. I have Been 4 years clear conduct So Im qualify for Restoration of FSA time credits.

The policy is for earned time credits taken by the DHO. You have not been sanctioned to loss of credits, therefore, you can not request restoration. (Harvey)

*BP-08*

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

**_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: _cristiano silva_     Reg. No.: _64654-066_

Unit: _F_     Date: _11-8-2023_

<u>NOTICE TO INMATE:</u> Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor. Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    _In filed this complaint doing to restoration of FSA time credits under this subpart may have part or all of the FSA time credits restored to him on a case by case basis. after clear conduct behavior clear_ →
    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: _I request my time credits to be restoration under the FSA time credits._

Inmate's Signature: _[signature]_     Date: _11-8-2023_

Counselor's Signature: _____     Date: _____

Department Involved: _____     Date Assigned: _____     Due Date: _____

Department's Response regarding Complaint: _You are FSA Inelgible due to your conviction._

Department Head Signature: _[signature]_ For     Date: _11-16-23_
Unit Manager's Review: _[signature]_ For     Date: _11-16-23_
Informally Resolved: _____     Date: _____

|  | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10 00 23 | 11 10 23 | 11 20 23 |  |  |
| TIME |  |  |  |  |  |
| COUNSELOR | Cw | Cw | Cw |  |  |

FLX 1330.18E     Administrative Remedy Program     Attachment 1

BP-229 (13) continuation Page BP-08 conduct (behavior clear of inmate disciplinary infractions under 28 CFR Part 541) for two consecutive Risk And needs Assessments conducted by the Bureau.

Additionally, inmates with high or medium PATTERN maintaining clear conduct for at least three years. with I have 4 years clear conduct successfully completing at least one of the Bureau's Residential EBRR Programs Recommended based on An identified need Area within the Past five years I have 2 successfully Programs completing within the Past 2 years. So Im Qualify for the restoration of FSA time Credits.

signature: _____    DATE: 11-8-2023



FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

_**Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.**_

Inmate Name: _Coitinho Silva_       Reg. No.: _104654-066_

Unit: _F_                           Date: _11-8-2023_

**NOTICE TO INMATE:**  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    _In filed this Complaint doing To restoration of FSA time credits under this subpart may have part or all of the FSA time credits Restored to him on a case by case basis. After clear conduct behavior clear →_
    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: _I request my time credits to Be Restoration under the FSA time credits._

Inmate's Signature: _____    Date: _11-8-2023_

Counselor's Signature: _____    Date: _____

Department Involved: _____    Date Assigned: _____    Due Date: _____

Department's Response regarding Complaint: _Your last IR was 12-04-21. You are requesting FTCs be restored, however, FTCs can only be restored if lost as a sanction by the DHO. You have not had FTCs sanctioned. Additionally, you are ineligible for the FSA FTCs._

Department Head Signature: _____    Date: _____
Unit Manager's Review: _C. Harvey / ____    Date: _11-14-23_
Informally Resolved: _____    Date: _____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10-00-23 | 11-14-23 | 11-15-23 | 11-16-23 | 11-110 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FLX 1330.18E          Administrative Remedy Program          Attachment 1

BP-229 (13) continuation PaGe BP-08 conduct (behavior clear of inmate disciplinary infractions under 28 CFR Part 541) for two consecutive Risk And needs Assessments conducted by the Bureau.

Additionally, inmates with high or medium PATTERN maintaining clear conduct for at least three years, with I have 4 years clear conduct. successfully completing at least one of the Bureau s residential EBRR Programs Recommended based on An identified need Area Within the Past five years I have 2 successfully Programs completing within the Past 2 years. So I'm Qualify for the restoration of FSA time Credits.

signature: _____    Date: 11-8-2023

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*BF-02*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** _Coutinho Silva_____ _64654-d06___ _F__ _ADX max___
    LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A– INMATE REQUEST** I Am filed this Complaint doing to Restoration of FSA time credits under this subpart MAY have Part or All Full 365 dAys of the FSA time credits Restored to him on A case By- case Basis, After clear conduct Behavior clear conduct (Behavior clear of inmate disciPlinAry infractions under 28 CFR PART 541) For Two consecutive Risk And need Assessments conducted By the Bureau. Additionally, Inmates with high or medium PAttern maintaining clear conduct For At LeAst three Years, with I have 4 Years clear conduct. successFully completing At LeAst one of the Bureaus Residential EBRR Programs Recommended Base on An identified need AreA within the PAst Five Years I have 2 successFully Programs completing within the PAst 2 Years so Im QuALIFY For the Restoration oF FSA time credits. I Request All My time 365 dAys credits to Be Restoration under the FSA time credits.

_11-15-2023___
    DATE

_____
    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
Admin Remedy Office

NOV 16 2023

ADX Florence
Colorado

_____    _____
    DATE                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: _1181672 · F1____

                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____ _____ _____ _____
        LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____        _____
    DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

BP-09

Inmates who wish to seek review of any issue relating to this Program Statement may use the Procedures outlined in the Program Statement Administrative Remedy Program.

References
U.S. Codes or Regulations Referenced
8 U.S.C. § 1101
18 U.S.C. § 3624
18 U.S.C. § 3632
28 C.F.R. § 541
28 C.F.R. § 542

11-15-2023

BP-229 Part B - Response    *BP-09*          Case Number: 1181672-F1

This is in response to your Request for Administrative Remedy received November 16, 2023, wherein you request the restoration of First Step Act (FSA) time credits. As relief, you request to have your FSA time credits restored.

The results of the review revealed your last incident report was December 4, 2021, approximately 23-months ago, and you were not sanctioned to loss of FSA time credits. Additionally, you are ineligible for the FSA time credits based on your conviction for 18:924(c), Using a Firearm During and in Relation to a Crime of Violence.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____
A. Ciolli, Complex Warden

_11·20·23_
Date
**DELIVERED NOV 2 0 2023**

U.S. Department of Justice

Federal Bureau of Prisons

*BP-10*

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Celcimbo Silva_ _64654066_ _F_ _ADMAX_
     LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** I Am filed This COMPLAint doing to ResToRation OF FSA time CREDits under This SubPART. MAY have PART OR ALL FULL 365 dAYS OF The FSA time CREDits ResToRed to him on A CASe By-CASE BASIS. AFteR CLEAR Conduct BehAVioR CLER Conduct (BehAVioR CLEAR OF InmAte disciPLinARY InfRactions Under 28 CFR PART 541) FOR Two consecutive Risk And needs Assessments Conducted By The BuReAu. AdditionALLY, InmAtes with high oR mediun PAtteRn mAintAining CLEAR Conduct FoR At LEAST ThREE YEARS, With I Silva hAVE 4 YEARS CLEAR Conduct SUCCESSFULLY completing AT LEAST one OF The BuREAuS ResidenTiAL FRRR PRogRAms Recommended BASed on An IdentiFied need AREA Within The PAST FiVE YEARS I hAVE 2 SuccessFully PRogRAms completing within The PAST 2 YEARS. SO I'M QUALtEY FOR The RestoRation oF FSA Time CREDits. I Request ALL MY Time 365 DAYS CREDits To Be RestoRation FoR The PASS 14 YEARS under The FSA time CREDits.

_11-24-2023_                    _[signature]_
DATE                           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DEC 08 2023

**DELIVERED** NOV 20 2023

_____                    _____
DATE                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _1181672-R1_

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

continually BP-229 (13) Attachments BP-10 ELIGIBLE INMATE

(1) eligible to earn FSA time credits. An inmate who is eligible to earn FSA time credits is an eligible inmate for the purposes of this subpart. Any inmate sentenced to a term of imprisonment pursuant to a conviction for a federal criminal offense, or any person in the custody of the Bureau, is eligible to earn FSA time credits, subject to the exception described in paragraph (d)(2) of this section.

(2) Exception. if the inmate is serving a term of imprisonment for an offense specified in 18 U.S.C. 3632 (d)(4)(D), the inmate is not eligible to earn FSA time credits.

Date: 11-24-2023

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

*BP-10*

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:**    1181672-R1

This is in response to your Regional Administrative Remedy Appeal received December 8, 2023, in which you request to receive Federal Time Credits (FTCs) pursuant to the First Step Act (FSA).

We have reviewed your appeal and the Warden's response dated November 20, 2023.   As indicated in the Warden's response, you are currently serving a sentence for 18 U.S.C. § 924(c)(1), Using a Firearm During and in Relation to a Crime of Violence.   As such, per the FSA disqualifying offense codes table, your conviction and sentence precludes you from eligibility to earn time credits pursuant to the FSA.   Therefore, due to the nature of your current offense(s), you do not qualify for Federal Time Credit.   Additionally, you are currently serving an Aggregate Group PLRA Sentence which precludes you from eligibility to earn time credits pursuant to the FSA for the duration of your term. Accordingly, the institution's decision is supported.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

01/31/2024
**Date**

Andre Matevousian, Regional Director

DELIVERED FEB 1 5 2024

*BP-11*

```
ANDERSON JOSE COUTINHO-SILVA, 64654-066
FLORENCE ADMAX USP    UNT: F    QTR: F02-201L
PO BOX 8500
FLORENCE,  CO 81226
```

RECEIVED

JUN 12 2024

ADX Warden's Office

DELIVERED JUN 1 4 2024

BP-11

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: COUTIRHO SILVA          64654-066     F      ADMAX

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** I Am filed This complaint doing to restoration of FSA TIME Credits under THIS SUBPART MAY HAVE PART OR ALL FULL 365 DAYS of the FSA TIME Credits restored to him on A CASE BY CASE BASIS. AFTER CLEAR conduct Behavior Cler conduct (Behavior clear of inmate disciplinary Infractions under 28 CFR PART 541) For TWO consecutive ReSK AND NEEDS ASSessments conducted By the Bureau. Addionally with high or Medium Pattern MAINTAINING CLEAR CONDUCT FOR At Least three YEARS. With I SILVA have 4 YEARS CLEAR condu SuccessFully completing At Least one of the Bureau's reside ntial ERR Programs recommended Based on an Identified Need Area within the Past. FIVE YEARS I HAVE 2 SuccessFully Programs completing within the Past 2 YEARS. SO IM QUALIFY For the restoration of FSA TIME Credits. I Request ALL My TIME 365 DAYS Credits to be restoration for the Pass 14 YEARS under the FSA TIME CREDIS.

2/12/2024

DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
APR 24 2024
Administrative Remedies
Federal Bureau of Prisons

RECEIVED
MAR 05 2024
Administrative Remedies
Federal Bureau of Prisons

RECEIVED
MAY 30 2024
Administrative Remedies
Federal Bureau of Prisons

DELIVERED AUG 24 2023

_____          _____
DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1181672-A3

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Attachments BP-230 (13) BP-11

Said coutinho Silva he is eligible to earn FSA time credits. An inmate who is eligible to earn FSA time credits is An eligible inmate for the purposes of this subpart. Any inmate sentenced to A term of imprisonment pursuant to A conviction for A federal criminal offense, or Any person in the custody of the Bureau is eligible to earn FSA time credits, subject to the exception described in paragraph (d)(2) of this section. (2) Exception. if the inmate is serving A term of imprisonment for an offense specified in 18 u.s.c. 3632 (d)(4)(D), the inmate is not eligible to earn FSA time credits.

2/12/2024

Signature of Requester

*BP-11*

**Administrative Remedy No. 1181672-A3**
**Part B – Response**


This is in response to your Central Office Administrative Remedy
Appeal, wherein you request to be eligible to earn and apply
Federal Time Credits (FTC) under the First Step Act (FSA).
Specifically, you claim you have maintained clear conduct for
approximately three years and should therefore qualify for FSA
eligibility.  For relief, you request application of FTC and
adjustment of your current sentence.

We have reviewed documentation relevant to your appeal and,
based on the information gathered, concur with the manner in
which the Warden and Regional Director responded to your
concerns at the time of your Request for Administrative Remedy
and subsequent appeal.  As such, our succeeding review reveals
no reason to elaborate further with similar conclusions as those
which have already been provided in the previous levels of this
appeal.  Review of your Judgement and Commitment order (J&C)
shows you were convicted under 18 U.S.C. § 924(c)(1), Using a
Firearm During and in Relation to a Crime of Violence.  18
U.S.C. § 924(c)(1) is a precluding offense under the First Step
Act; therefore, you are not eligible to earn Federal Time
Credits under the First Step Act.

Accordingly, your appeal is denied.


_June 04, 2024_
Date

_T. Barnett_

Timothy Barnett, Administrator
National Inmate Appeals

**DELIVERED JUN 1 4 2024**

# Certificate of Completion

May it be known that this Certificate has been presented to

## Anderson Coutinho-Silva

Reg.No. 64654-066

For attending and actively participating in Psychology Services Group Therapy program:

## "Criminal Thinking"

Presented on Thursday, December 17th, 2020

Dr. Gordo

ADX Psychology Services
ADX Florence

# Certificate of Completion

May it be known that this Certificate has been presented to

## Anderson Coutinho-Silva

Reg.No. 64654-066

For attending, actively participating, and completing the following Psychology Services Group Therapy Class:

## "Anger Management"

Presented Friday, August 20, 2021

Dr. Lara

ADX Psychology Services
ADX Florence



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE  64654-066

SEQUENCE: 01588348
Team Date: 10-27-2023

| | | |
|---|---|---|
| Facility: | FLM  FLORENCE ADMAX USP | Proj. Rel. Date: 09-25-2025 |
| Name: | COUTINHO-SILVA, ANDERSON JOSE | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 64654-066 | DNA Status: PHL02668 / 07-01-2011 |
| Age: | 41 | |
| Date of Birth: | 08-12-1982 | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ICE | INVESTIGATION INITIATED FOR POSSIBLE DEPORTATION BRAZIL-A089242621 |

**Pending Charges**

DETAINER NO..: 001
DATE LODGED..: 11-16-2012
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION & CUSTOMS ENFORCEMENT - WHITE DEER PA
CHARGES......: DEPORTATION - BRAZIL-A089242621

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | UNASSGN | UNASSIGNED | 07-20-2020 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 03-08-2012 |
| FLM | GED SAT | GED PROGRESS SATISFACTORY | 05-09-2013 |
| FLM | GED XN | EXEMPT GED NON-PROMOTABLE | 03-08-2012 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | | ENG-A-SEC-LANG | 08-11-2020 | CURRENT |
| FLM | W | ENG-A-SEC-LANG | 05-04-2017 | 06-29-2020 |
| FLM | C | ACE DEADLIEST CATCH SEASON 1 | 08-01-2017 | 10-07-2017 |
| FLM | C | RECREATION WELLNESS | 06-22-2017 | 08-25-2017 |
| FLM | C | ACE THROUGH THE WORMHOLE 4 | 05-23-2017 | 07-29-2017 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-06-2017 | 04-06-2017 |
| LEW SMU | C | SMU ACE ROUND E | 01-06-2017 | 02-11-2017 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND C | 10-04-2016 | 01-06-2017 |
| LEW SMU | C | SMU ACE ROUND D | 11-08-2016 | 12-14-2016 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 11-22-2016 | 12-14-2016 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 08-09-2016 | 10-19-2016 |
| LEW SMU | C | SMU ACE ROUND C | 08-11-2016 | 10-15-2016 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND B | 07-25-2016 | 10-04-2016 |
| LEW SMU | C | ACTIVITY PACKET ROUND B | 07-25-2016 | 10-04-2016 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND A | 04-18-2016 | 06-07-2016 |
| LEW SMU | C | SMU ACE ROUND A | 04-07-2016 | 05-23-2016 |
| ALP SMU | C | SMU CARDIO COURSE | 02-07-2016 | 02-25-2016 |
| ALP SMU | C | SMU SOFTBALL COURSE PART 4 | 01-17-2016 | 01-31-2016 |
| ALP SMU | C | SMU SOFTBALL COURSE PART 3 | 01-17-2016 | 01-31-2016 |
| ALP SMU | C | SMU PREVENTING CARDIO DISEASE | 01-17-2016 | 01-31-2016 |
| ALP SMU | C | SMU NUTRITION COURSE | 01-17-2016 | 01-31-2016 |
| ALP SMU | C | SMU WEIGHT COURSE | 01-10-2016 | 01-23-2016 |
| ALP SMU | C | SMU FLEXIBILITY COURSE | 01-10-2016 | 01-23-2016 |
| ALP SMU | C | SMU SOFTBALL COURSE PART 2 | 12-13-2015 | 12-23-2015 |
| ALP SMU | C | SMU SOFTBALL COURSE PART 1 | 12-13-2015 | 12-23-2015 |
| LEW SMU | C | RADIO SMU PARENTING H RPP6 | 06-02-2015 | 06-17-2015 |
| LEW SMU | W | READ IN-CELL STUDY/SPECIAL MGT | 05-28-2014 | 06-17-2015 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 04-07-2015 | 06-02-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND G | 04-13-2015 | 04-27-2015 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE  64654-066

SEQUENCE: 01588348

Team Date: 10-27-2023

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| LEW SMU | C | LIFE LONG WELLNESS ROUND G | 04-13-2015 | 04-27-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND G | 04-13-2015 | 04-27-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND G | 04-13-2015 | 04-27-2015 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-24-2015 | 03-17-2015 |
| LEW SMU | C | SMU DRAWING CHALLENGE ROUND F | 02-13-2015 | 03-16-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND F | 02-13-2015 | 03-16-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND F | 02-13-2015 | 03-16-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND F | 02-13-2015 | 03-16-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND F | 02-13-2015 | 03-16-2015 |
| LEW SMU | C | RADIO SMU PARENTING E RPP6 | 12-02-2014 | 01-27-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND E | 12-11-2014 | 12-20-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND E | 12-11-2014 | 12-20-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND E | 12-11-2014 | 12-20-2014 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 10-28-2014 | 12-02-2014 |
| LEW SMU | C | ACTIVITY PACKET ROUND D | 11-07-2014 | 12-05-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND D | 11-07-2014 | 12-05-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND D | 11-07-2014 | 12-05-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND D | 11-07-2014 | 12-05-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND C | 08-24-2014 | 10-16-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND C | 08-24-2014 | 10-16-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND C | 08-24-2014 | 10-16-2014 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 08-12-2014 | 10-01-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND B | 07-30-2014 | 08-20-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND B | 07-30-2014 | 08-20-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND B | 07-30-2014 | 08-20-2014 |
| LEW SMU | C | RADIO SMU PARENTING B RPP6 | 07-29-2014 | 08-05-2014 |
| ALP SMU | C | SMU STRETCHING | 03-30-2014 | 04-21-2014 |
| LEW SMU | W | READ IN-CELL STUDY/SPECIAL MGT | 11-13-2012 | 12-24-2013 |
| LEW SMU | C | SMU RADIO MEMORY ROUND J | 11-20-2013 | 11-20-2013 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND J | 11-20-2013 | 11-20-2013 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND J | 11-20-2013 | 11-20-2013 |
| LEW SMU | C | RADIO SMU PARENTING I RPP6 | 08-27-2013 | 10-08-2013 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND I | 09-02-2013 | 09-28-2013 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND I | 09-02-2013 | 09-28-2013 |
| LEW SMU | C | SMU RADIO MEMORY ROUND I | 09-02-2013 | 09-28-2013 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 05-07-2013 | 06-04-2013 |
| POL | W | STUDENTS IN SHU 0 SCHOOL HRS | 05-17-2012 | 06-29-2012 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 07-01-2020 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-21-2013 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| NO PAPER | NO PAPER MEDICAL RECORD | 07-01-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-01-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-01-2020 |

**Current Drug Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 04-23-2012 |
| NR FAIL | NRES DRUG TMT/FAIL | 09-13-2022 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE  64654-066

SEQUENCE: 01588348

Team Date: 10-27-2023

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    PART    FINANC RESP-PARTICIPATES    Start: 05-24-2023

Inmate Decision:    **AGREED**    $25.00    Frequency: **QUARTERLY**

Payments past 6 months:    $0.00    Obligation Balance: $1,000.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $275.00 | IMMEDIATE | EXPIRED |
| | | ** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* ** | | | |
| 2 | FINE | $1,000.00 | $1,000.00 | IMMEDIATE | AGREED |
| | | ** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* ** | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $ N/A    Payments commensurate ?    N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 01-08-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-25-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-25-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-25-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 10-25-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 10-25-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-25-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-25-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 10-25-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-25-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-25-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 10-25-2023 |
| N-WORK Y | NEED - WORK YES | 10-25-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 10-25-2023 |

### Progress since last review

| Since last program review, Coutinho-Silva has not completed any courses.  He continues to work on in-cell programming. |
|---|

### Next Program Review Goals

| By next review, complete two Ace courses of your choice and complete Basic Cognitive Skills. |
|---|

### Long Term Goals

| Complete ESL by 05-2024 Complete Non-Resolve by 06-2024 Complete Cognitive Therapy by 07-2024 Save $700.00 by 08-2024<br><br>Maintain clear conduct, recreate regularly and obtain a work assignment. |
|---|

### RRC/HC Placement

| No.<br>Other detaining authority will take custody upon release.<br>Consideration has been given for Five Factor Review (Second Chance Act):<br>- Facility Resources<br>- Offense<br>- Prisoner<br>- Court Statement<br>- Sentencing Commission<br><br>Other detaining authority will take custody upon release |
|---|

### Comments



**Individualized Needs Plan - Program Review**   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE   64654-066

SEQUENCE: 01588348
Team Date: 10-27-2023

Treaty Transfer: Eligible and not interested.
-- As per inmate Countinho-Silva there are no emergency contacts.
------------



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: COUTINHO-SILVA, ANDERSON JOSE  64654-066

SEQUENCE: 01588348
Team Date: 10-27-2023

| | |
|---|---|
| Name: | COUTINHO-SILVA, ANDERSON |
| Register No.: | **64654-066** |
| Age: | 41 |
| Date of Birth: | 08-12-1982 |

DNA Status:   PHL02668 / 07-01-2011

_____
Inmate   (COUTINHO-SILVA, ANDERSON JOSE. Register No.: 64654-066)

_11-08-2023_____
Date

_____          _____
Unit Manager / Chairperson          Case Manager

_____          _____
Date                                          Date





**U.S. Department of Justice**
Federal Bureau of Prisons

C H A N G E   N O T I C E
OPI:        CPD/CPB
NUMBER:  5410.01 CN-1
DATE:      February 6, 2023

# First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)

/s/
*Approved:*  Colette S. Peters
Director, Federal Bureau of Prisons

This Change Notice (CN) implements the following changes to Program Statement 5410.01, **First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)**, dated November 18, 2022.

*The highlighted text has been added to Section 5. RISK AND NEED ASSESSMENT:*
If an inmate fails to complete a recommended EBRR or PA to address an identified need area, staff will enter the applicable fail or withdraw code into SENTRY, and the inmate will not be considered to have opted out, and therefore, in non-earning status.

An inmate will be reassessed for both risk level and needs at each regularly scheduled Program Review throughout the remainder of the inmate's incarceration **at a BOP institution**. As defined in the Program Statement Inmate Classification and Program Review, the unit team will document the inmate's progress toward recommended goals and update the Individualized Need Plan, as appropriate. The inmate will receive a copy of their updated Individualized Need Plan which will include the reassessed risk level, need areas, and program recommendations. **Inmates placed in prerelease custody, and who are not subject to regularly scheduled program review, will not receive reassessments. For inmates in prerelease placement, reassessments will be completed automatically on a monthly basis and will capture changes which occur during prerelease placement.**

*The highlighted text has been added to Section 6. HOW TO EARN FTCs:*
**For inmates in prerelease custody, "the most recent two consecutive risk assessments" refers to the final two risk assessments conducted while the inmate was at a BOP institution, prior to the application of FTCs, i.e., the inmate's transfer to supervised release**



or prerelease custody. For those inmates who have not completed two assessments prior to transfer to prerelease custody, reassessments will be completed automatically on a monthly basis and will capture changes which occur during prerelease placement.

*The highlighted text has been added to Section 8. TRACKING AND EARNING OF FTCs:* FSA Time Credit Assessments (FTC Worksheets) will be automatically uploaded to the Inmate Central File during each auto-calculation. Inmates will be provided a copy of the most recent FTC Worksheet during regularly scheduled program reviews.

*The highlighted text in has been changed (either added or struck through) in Section 10. APPLICATION OF FTCs:*

~~While inmates with unresolved pending charges and/or detainers may earn FTCs, if otherwise eligible, they will be unable to apply them to prerelease custody or release to supervision unless the charges and/or detainers are resolved. An inmate with an unresolved immigration status will be treated as if he/she has unresolved pending charges with regard to the application of FTCs.~~

To apply FTCs to prerelease placement, an inmate ordinarily must otherwise be eligible to participate in prerelease custody consistent with limitations as outlined in the Program Statement **Community Corrections Center (CCC) Utilization and Transfer Procedure**, separate from any FSA eligibility criteria, and be "opted in" at the time of the referral and be in minimum or low risk status through their last two assessment periods and transfer to prerelease placement. ~~For inmates with minimum or low risk who have not yet maintained two consecutive assessments, they will need to submit a BP-A0148, Inmates Request to Staff, during their regularly scheduled Program Review in order to have their early application of FTCs considered. The Unit Manager will submit a request, along with the unit team's recommendation, to the Warden (or designee) for final decision.~~

Once an inmate has been transferred to prerelease custody pursuant to the procedures outlined in this section, the inmate will maintain the recidivism risk level the inmate had at the time of the transfer, unless the inmate benefits from a lower recidivism risk level based on the passage of time or the inmate's actions result in a higher risk rating. If an inmate is removed from prerelease custody for a violation, and is returned to a BOP institution, the inmate's recidivism risk level will be reassessed pursuant to the procedures outlined in Section 5 of this Program Statement.

For inmates who meet the following criteria, up to 365 days of earned FTCs will be automatically applied to early release:

- ~~Has no detainers or unresolved pending charges, to include unresolved immigration status and~~

CROSBY, GREGORY  058264



**U.S. Department of Justice**
Federal Bureau of Prisons

P R O G R A M   S T A T E M E N T
OPI:        CPD/CPB
NUMBER:     5410.01
DATE:       November 18, 2022

# First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)

/s/
*Approved*: Colette S. Peters
Director, Federal Bureau of Prisons

1.  **PURPOSE AND SCOPE**

**§ 523.40 Purpose.**

**(a) The purpose of this subpart is to describe procedures for the earning and application of Time Credits as authorized by 18 U.S.C. 3632(d)(4) and Section 101 of the First Step Act of 2018 (Pub. L. 115-391, December 21, 2018, 132 Stat. 5194) (FSA), hereinafter referred to as "FSA Time Credits" or "Time Credits."**

**(b) Generally, as defined and described in this subpart, an eligible inmate who successfully participates in Evidence-Based Recidivism Reduction (EBRR) Programs or Productive Activities (PAs) that are recommended based on the inmate's risk and needs assessment may earn FSA Time Credits to be applied toward prerelease custody or early transfer to supervised release under 18 U.S.C. 3624(g).**

The purpose of this policy is to establish Bureau of Prisons (Bureau) criteria and procedures for awarding time credits pursuant to 18 U.S.C § 3632(d)(4) and 18 U.S.C § 3624(g) to eligible inmates under the provisions of First Step Act of 2018 (FSA) codified in part in Title 18 U.S.C. § 3632.

**Federal Regulations from 28 CFR are shown in this type.**
Implementing instructions are shown in this type.

CROSBY, GREGORY 05826840

a. **Program Objectives.** The expected results of this Program Statement are to:

- Inform inmates and staff of the process for earning, documenting, applying, forfeiting, and restoring after forfeiture FSA Time Credits (FTCs) in accordance with the FSA.
- Inform inmates and staff of the circumstances which would preclude an inmate from earning and/or applying FTCs.
- Identify the process for applying FTCs in combination with the Residential Drug Abuse Treatment Program (RDAP) early release benefit under 18 U.S.C. § 3621(e).

b. **Institution Supplement.** None required. Should local facilities make any changes outside changes required in national policy or establish any additional local procedures to implement national policy, the local Union may invoke to negotiate procedures or appropriate arrangements.

## 2. BACKGROUND

The FSA provides eligible inmates may earn FTCs for successfully participating and completing approved EBRR programs or PAs. The FSA prohibits inmates from receiving credit prior to its enactment, prior to the commencement of the inmate's sentence, or if the inmate is serving a sentence for a disqualifying offense or has a disqualifying prior conviction. The FSA allows qualifying inmates to apply FTCs toward prerelease community-based placement (i.e., Residential Reentry Center (RRC) and/or home confinement (HC)). Further, at the discretion of the Director of the Federal Bureau of Prisons (Director), the FSA allows for FTC to be applied toward early release to supervision.

## 3. DEFINITIONS OF TERMS

**§ 523.41 Definitions.**

(a) *Evidence-Based Recidivism Reduction (EBRR) Program.* An EBRR Program is a group or individual activity that has been shown by empirical evidence to reduce recidivism or is based on research indicating that it is likely to be effective in reducing recidivism; and is designed to help prisoners succeed in their communities upon release from prison. EBRR Programs may include, but are not limited to, those involving the following types of activities:

(1) Social learning and communication, interpersonal, anti-bullying, rejection response, and other life skills;
(2) Family relationship building, structured parent-child interaction, and parenting skills;
(3) Classes on morals or ethics;

(4) Academic classes;
(5) Cognitive behavioral treatment;
(6) Mentoring;
(7) Substance abuse treatment;
(8) Vocational training;
(9) Faith-based classes or services;
(10) Civic engagement and reintegrative community services;
(11) Inmate work and employment opportunities;
(12) Victim impact classes or other restorative justice programs; and
(13) Trauma counseling and trauma-informed support programs.

A list of approved EBRR programs is available on the FSA resource page of the Bureau's public website and the Correctional Programs Branch and Reentry Services Division's intranet pages. The list will be updated as programs/activities are added.

(b) *Productive Activity (PA).* A PA is a group or individual activity that allows an inmate to remain productive and thereby maintain or work toward achieving a minimum or low risk of recidivating.

Productive activities include a variety of groups, programs, classes and individual activities which can be either structured or unstructured. These pro-social activities contribute to an inmate's overall positive institutional adjustment, to include maintaining clear institution conduct, and include, but are not limited to:

- Structured, curriculum-based group programs and classes
- Productive, free-time activities (e.g., recreation, hobby crafts, or religious services)
- Family interaction activities (e.g., social visiting)
- Personal growth and development classes (e.g., adult continuing education classes)
- Institution work programs
- Community service projects
- Participation in an Inmate Financial Responsibility plan

The Bureau has approved a group of specific, structured, curriculum-based PAs which are available to assist the inmate in addressing identified needs. The list is available on the FSA resource page of the Bureau's public website and the Correctional Programs Branch and Reentry Services Division intranet pages. The list will be updated as programs/activities are added.

(c) *Successful participation.*

(1) An eligible inmate must be "successfully participating" in EBRR Programs or

**PAs to earn FSA Time Credits for those EBRR Programs or PAs.**
**(2) "Successful participation" requires a determination by Bureau staff that an eligible inmate has participated in the EBRR programs or PAs that the Bureau has recommended based on the inmate's individualized risk and needs assessment, and has complied with the requirements of each particular EBRR Program or PA.**

An inmate will remain in FTC earning status while on any waitlist for EBRR Programs or PAs recommended based on the inmate's needs assessment, not to exceed two assessment periods, as long as the inmate has not refused or declined to participate. Active participation in at least one EBRR Program or PA by the inmate supersedes this requirement. Exceptions to the two-assessment period time frame can be granted by the Regional Director upon request from the Warden. However, should an inmate refuse or decline to participate in the recommended EBRR program or PA for which they had been on a waitlist, staff will enter the applicable decline code in SENTRY, and the inmate will be considered declined, or opted out, for the entire waitlist period. The waitlist period is defined in terms of the corresponding need area(s). When an inmate declines participation after being on a waitlist, the auto-calculation application will first identify any need areas associated with the declined program and then identify the oldest waitlist associated with the need area(s). Any credits earned since the oldest waitlist associated with the need area, without intervening participation, will be rescinded to reflect the inmate's refusal.

**(3) Temporary operational or programmatic interruptions authorized by the Bureau that would prevent an inmate from participation in EBRR programs or PAs will not ordinarily affect an eligible inmate's "successful participation" for the purposes of FSA Time Credit eligibility.**
**(4) An eligible inmate, as described in paragraph (d) of this section, will generally not be considered to be "successfully participating" in EBRR Programs or PAs in situations including, but not limited to:**
  **(i) Placement in a Special Housing Unit;**

Inmates in Disciplinary Segregation status will not be considered to be "successfully participating." Inmates in restrictive housing for Administrative Detention shall obtain FTCs if they otherwise remain in earning status under the policy.

  **(ii) Designation status outside the institution (*e.g.,* for extended medical placement in a hospital or outside institution, an escorted trip, a furlough, etc.);**
  **(iii) Temporary transfer to the custody of another Federal or non-Federal government agency (*e.g.,* on state or Federal writ, transfer to state custody for service of sentence, etc.);**

- The inmate was sentenced to a term of imprisonment of more than a year for the current offense, and
- The inmate served a term of imprisonment of more than a year for a previous federal or state offense consisting of murder, voluntary manslaughter, assault with intent to commit murder, aggravated sexual abuse and sexual abuse, abusive sexual contact, kidnapping, carjacking, arson, or terrorism.

Additional criteria regarding the prior offense include:

- The conviction must have been based on an adult conviction. Juvenile adjudications are not considered, and
- If the prior conviction is a state offense, the state offense must match the specific federal offense listed above element-by-element.

For purposes of this review only, "serious violent felony" offense is defined by 18 U.S.C. § 3559(c)(2)(F):   *Crime metair ineligible*

(i) a Federal or State offense, by whatever designation and wherever committed, consisting of murder (as described in section 1111); manslaughter other than involuntary manslaughter (as described in section 1112); assault with intent to commit murder (as described in section 113(a)); assault with intent to commit rape; aggravated sexual abuse and sexual abuse (as described in sections 2241 and 2242); abusive sexual contact (as described in sections 2244(a)(1) and (a)(2)); kidnapping; aircraft piracy (as described in section 46502 of Title 49); robbery (as described in section 2111, 2113, or 2118); carjacking (as described in section 2119); extortion; arson; firearms use; firearms possession (as described in section 924(c)); or attempt, conspiracy, or solicitation to commit any of the above offenses; and

(ii) any other offense punishable by a maximum term of imprisonment of 10 years or more that has as an element the use, attempted use, or threatened use of physical force against the person of another or that, by its nature, involves a substantial risk that physical force against the person of another may be used in the course of committing the offense[.]

Due to the complexity of the prior offense review, questions regarding whether an offense is disqualifying may be referred to an institution's local Consolidated Legal Center (CLC) for guidance.

An inmate's eligibility status will be documented on the inmate's Individualized Needs Plan in the Insight case management system, and the inmate will receive a copy. The unit team will also enter the appropriate FSA eligibility assignment into SENTRY.

**(d)** *Eligible inmate—*

(1) *Eligible to earn FSA Time Credits.* An inmate who is *eligible to earn* FSA Time Credits is an *eligible inmate* for the purposes of this subpart. Any inmate sentenced to a term of imprisonment pursuant to a conviction for a Federal criminal offense, or any person in the custody of the Bureau, is *eligible to earn* FSA Time Credits, subject to the exception described in paragraph (d)(2) of this section.

(2) *Exception.* If the inmate is serving a term of imprisonment for an offense specified in 18 U.S.C. 3632(d)(4)(D), the inmate is not *eligible to earn* FSA Time Credits.

Federal inmates in state custody are not eligible to earn FTCs. Additionally, state boarders, treaty transfers inmates, and military inmates sentenced pursuant to the Uniform Code of Military Justice who are serving their sentence in Bureau custody are not eligible to earn FTCs.

Inmates sentenced under the Code of District of Columbia (DC Code) cannot earn FTCs unless or until the DC Council defines eligibility to earn FTCs (i.e., which DC Code offenses, if any, preclude eligibility). If and when the earning of FTCs is authorized for inmates sentenced under DC Code, the unit team will review inmates for eligibility and enter the applicable eligibility assignment into SENTRY. Any retroactive application of FTCs will be made consistent with the authorities granted under DC Code.

## 4. DETERMINATION OF ELIGIBILITY

At the inmate's Initial Classification, the unit team will conduct a review of the inmate's current conviction(s) as well as prior criminal convictions to determine the inmate's eligibility to earn FTCs.

For the current offense(s) review, the unit team will review the Judgement & Commitment (J&C) Order and the Presentence Investigation Report (PSR) for sentencing enhancements, if necessary, to determine if the inmate is ineligible. The list of FTC ineligible offenses, identified by statute, based on the inmate's current offense(s) is available on the FSA resource page of the Bureau's public website and the Correctional Programs Branch intranet page. If an inmate is determined to be ineligible based on the current offense(s), no review of prior offenses is required.

For the prior conviction review, an inmate is ineligible to earn FTCs if:

■ The current offense is determined to be a "serious violent felony" not already specifically listed by the statute, and

## 5. RISK AND NEED ASSESSMENT

All sentenced inmates, regardless of eligibility status, will receive both a risk and need assessment. The Prisoner Assessment Tool Targeting Estimated Risk and Needs (PATTERN) is the recidivism risk assessment tool and part of the Bureau's FSA-approved Risk and Needs Assessment System. The PATTERN tool is completed during the inmate's Initial Classification and is used to assign each incoming inmate an initial recidivism risk level of Minimum, Low, Medium, or High. The Standardized Prisoner Assessment for Reduction in Criminality (SPARC-13) is the Bureau's needs assessment system and the other half of the Bureau's FSA-approved Risk and Needs Assessment System. It is used to assess the inmate in 13 need areas which can be targeted to reduce the inmate's risk of recidivating. See the Program Statement **First Step Act Needs Assessment.**

After the inmate's arrival to their designated facility for service of their sentence and during the initial admission and orientation phase, the PATTERN and SPARC-13 assessments will be completed. While PATTERN is completed during the inmate's Initial Classification, the SPARC-13 is a multi-part, multi-department assessment process. Ordinarily, the Initial Classification is completed within 28 days of the inmate's arrival, but completing the PATTERN tool requires the inmate's sentence computation to be completed. If the sentence computation is incomplete, the Initial Classification should be delayed pending its completion, and the basis for delay should be annotated on the inmate's Program Review Report. The SPARC-13 is ordinarily completed within the 30 days of an inmate's arrival, however, portions of the SPARC-13 assessment require the inmate's active participation. Failure on the inmate's part to complete the survey assessments timely will delay completion and negatively impact the inmate's ability to begin earning FTCs as the inmate will be considered "opted out," and therefore is in non-earning status regardless of eligibility to earn FTCs.

Using SPARC-13, staff will recommend and document EBRR programs and/or PAs for inmates consistent with the requirements of the Program Statement **First Step Act Needs Assessment.** If the inmate declines to participate in an EBRR program or PA which has been recommended based on an identified needs area, the department staff assessing the need area will enter a program decline code indicating the inmate's opt out status; otherwise, the inmate will be placed in the program or on a waitlist with the applicable assignment keyed into SENTRY by the department staff assessing the need area.

Should an inmate later refuse or decline to participate in the recommended EBRR program or PA for which they had been on a waitlist, staff will enter the applicable decline code in SENTRY, and the inmate will be considered declined for the entire period on the waitlist. Any credits earned during the waitlist period will be rescinded to reflect the inmate's refusal.

If an inmate fails to complete a recommended EBRR or PA to address an identified need area, staff will enter the applicable fail or withdraw code into SENTRY, and the inmate will not be considered to have opted out, and, therefore, in non-earning status. Inmates with cognitive or physical disabilities may require more time or additional accommodations to complete an EBRR program or PA. The Program Statement **Management of Inmates with Disabilities** provides guidance on developing local accommodations. If questions about the impact of a disability on earning FTC arise, staff may contact the Women and Special Populations Branch in the Reentry Services Division.

During the inmate's Initial Classification, the unit team will develop an Individualized Need Plan for the inmate based on the results of the inmate's needs assessment and related recommendations provided by the departments that assessed the need area as documented in SENTRY and Insight Feedback. Recommendations may include EBRR programs and/or structured curriculum-based PAs designed to address the inmate's identified need areas and based on the inmate's ability to complete the program/activity.

Additional groups, programs, classes, or unstructured activities may be recommended to assist the inmate in establishing positive institutional adjustment and involvement in pro-social activities. The inmate's risk level, needs assessment results, and program recommendations will be documented on the inmate's Insight Individualized Need Plan, and the inmate will receive a copy.

An inmate will be reassessed for both risk level and needs at each regularly scheduled Program Review throughout the remainder of the inmate's incarceration **at a BOP institution.** As defined in the Program Statement **Inmate Classification and Program Review**, the unit team will document the inmate's progress toward recommended goals and update the Individualized Need Plan, as appropriate. The inmate will receive a copy of their updated Individualized Need Plan which will include the reassessed risk level, need areas, and program recommendations. **Inmates placed in prerelease custody, and who are not subject to regularly scheduled program review, will not receive reassessments. For inmates in pre-release placement, reassessments will be completed automatically on a monthly basis and will capture changes which occur during prerelease placement.**

6. **HOW TO EARN FTCs**

**§ 523.42 Earning First Step Act Time Credits.**

(a) *When an eligible inmate begins earning FSA Time Credits.* An eligible inmate begins earning FSA Time Credits after the inmate's term of imprisonment commences (the date the inmate arrives or voluntarily surrenders at the designated Bureau facility where the

For inmates in prerelease custody, "the most recent two consecutive risk assessments" refers to the final two risk assessments conducted while the inmate was at a BOP institution, prior to the application of FTCs, i.e., the inmate's transfer to supervised release or prerelease custody. For those inmates who have not completed two assessments prior to transfer to prerelease custody, reassessments will be completed automatically on a monthly basis and will capture changes which occur during prerelease placement.

## 7. LIMITATIONS ON EARNING OF FTCs

Despite being eligible to earn FTCs, there are situations where an inmate is unable or unwilling to participate in EBRR programs or PAs, and therefore cannot earn FTCs. Such circumstances may include, but are not limited to, the following:

- Placement in Disciplinary Segregation status);
- Designation status outside the institution (e.g., an outside medical trip or escorted trip, in-transit or at an in-transit facility, a furlough for the full day, etc.);
- Placement in the custody of another jurisdiction (e.g., on state or federal writ, transfer to state custody for service of sentence, transfer to another federal agency, etc.);
- Placement in mental health/psychiatric holds;
- Detention as a material witness or for civil contempt;
- Placement in civil commitment; or

*Note*

- "Opting out" (choosing not to participate in the EBRR programs or PAs that the Bureau has recommended based on the inmate's individualized risk and needs assessment).

If an inmate refuses to participate in required programs (e.g., Inmate Financial Responsibility (FRP), Drug Education, etc.), the inmate will not earn FTC. While these programs are voluntary, the refusal to participate can result in the loss of certain benefits including the inability to earn FTCs.

## 8. TRACKING AND EARNING OF FTCs

FTCs are awarded based on the inmate's eligibility to earn credit, completion of the PATTERN and SPARC-13 assessments, and ongoing participation in programs designed to reduce the risk of recidivating. Once an inmate is in earning status, they will remain in earning status unless or until the limitations outlined in the previous section of this Program Statement are applied.

FTCs are auto-calculated based on 30-day increments in earning status. Partial credit will not be awarded. FTCs will be credited on a monthly basis agency-wide, as well as during the inmate's regularly scheduled Program Reviews, based on a completed 30-day period. No FTCs will post to the inmate's record if he/she has not accrued 30 days in earning status. Rather, any days in FTC earning status will carry over to the next monthly cycle, and the inmate will receive all

applicable FTCs at that time.



For example: If the first monthly posting of FTCs for an inmate occurs only five days after completing their initial assessments and going into earning status, no FTCs will post to the inmate's record as they have not yet accrued 30 days in earning status. Rather, the five days will carry over to the next monthly cycle, and the inmate will receive the FTCs at the end of the second month. If later, the inmate goes into FRP Refuse or declines a recommended needs-related program and goes into opt out status, the inmate is no longer in earning status, and therefore, stops accruing days toward FTCs and no FTCs will post to the inmate's record. Once the inmate returns to earning status, they will resume accruing days toward the earning of FTCs.

**FSA Time Credit Assessments (FTC Worksheets) will be automatically uploaded to the Inmate Central File during each auto-calculation. Inmates will be provided a copy of the most recent FTC Worksheet during regularly scheduled program reviews.**

## 9. LOSS AND RESTORATION OF FTCs

**§ 523.43 Loss of FSA Time Credits.**

**(a) *Procedure for loss of FSA Time Credits.* An inmate may lose earned FSA Time Credits for violation of the requirements or rules of an EBRR Program or PA. The procedures for loss of FSA Time Credits are described in 28 CFR part 541.**

Per the FSA, only earned time credits can be lost, and future time credits cannot be impacted. For purposes of inmate discipline, time credits are considered officially "earned" during the monthly auto-calculation or at the time of the inmate's last Program Review assessment, whichever was most recent. A sanction of loss of FSA time credits by the Discipline Hearing Officer (DHO) may only be imposed when an inmate is found to have committed a prohibited act. Loss of FTCs cannot be entered as a suspended sanction. See the Program Statement **Inmate Discipline Program.**

**(b) *How to appeal loss of FSA Time Credits.* Inmates may seek review of the loss of earned FSA Time Credits through the Bureau's Administrative Remedy Program (28 CFR part 542).**

**(c) *Restoration of FSA Time Credits.* An inmate who has lost FSA Time Credits under this subpart may have part or all of the FSA Time Credits restored to him or her, on a case-by-case basis, after clear conduct (behavior clear of inmate disciplinary infractions under 28 CFR part 541) for two consecutive risk and needs assessments conducted by the Bureau.**

The authority to restore any portion of the offender's lost FTCs is delegated to the Warden and may not be delegated lower than the Associate Warden level. The inmate may request restoration of FTCs during a regularly scheduled Program Review and only after having maintained clear conduct for two consecutive risk and needs assessments. The Unit Manager will submit a request using BP-A1156, Restoration of Federal Time Credits, along with the unit team's recommendation, through the DHO to the Warden (or designee) for final decision. If the recommendation to restore FTCs is approved, the Unit Manager or Acting Unit Manager will process the restoration approval into the inmate's record and update via Insight or Insight Feedback.

Whether denied or approved, a copy of the decision will be provided to the inmate. If denied, the inmate will be advised that they may reapply for FTC restoration six months from the date of denial, if clear conduct is maintained. A copy will be maintained in the inmate's J&C and electronic inmate central file (e-ICF), with other sentence computation documents.

## 10. APPLICATION OF FTCs

### § 523.44 Application of FSA Time Credits.

(a) *How Time Credits may be applied.* For any inmate eligible to earn FSA Time Credits under this subpart who is:

> (1) Sentenced to a term of imprisonment under the U.S. Code, the Bureau may apply FSA Time Credits toward prerelease custody or supervised release as described in paragraphs (c) and (d) of this section.
> (2) Subject to a final order of removal under immigration laws as defined in 8 U.S.C. 1101(a)(17) (*see* 18 U.S.C. 3632(d)(4)(E)), the Bureau may not apply FSA Time Credits toward prerelease custody or early transfer to supervised release.
> (3) Serving a term of imprisonment pursuant to a conviction for an offense under laws other than the U.S. Code (see Section 105 of the FSA, Pub. L. 115-391, 132 Stat. 5214 (not codified; included as note to 18 U.S.C. 3621)), the Bureau may not apply FSA Time Credits toward prerelease custody or early transfer to supervised release. This paragraph (a)(3) will not bar the application of FSA Time Credits, as authorized by the DC Code, for those serving a term of imprisonment for an offense under the DC Code.

Inmates sentenced under the DC Code can neither earn nor apply FTCs unless and until the DC Council defines eligibility to earn FTCs (i.e., which DC Code offenses, if any, preclude eligibility) and defines the criteria which authorizes the application of FTC (i.e., any circumstances, if any, which preclude application). If and when the earning and application of

~~For inmates with minimum or low risk who have not yet maintained two consecutive assessments, they will need to submit a BP-A0148, Inmates Request to Staff, during their regularly scheduled Program Review in order to have their early application of FTCs considered. The Unit Manager will submit a request, along with the unit team's recommendation, to the Warden (or designee) for final decision.~~

Inmates with high or medium PATTERN recidivism risk levels are exceptions to the routine application of this policy with regard to awarding FTCs toward early transfer to prerelease custody and/or supervised release. The Warden will consult with the Regional Director before approving an inmate under section (c)(2), unless an exemption is granted by the Regional Director consistent with the Program Statement **Directives Management Manual**. Ordinarily, inmates considered inappropriate for early transfer to prerelease custody or supervised release under section (c)(2) include, but are not limited to, inmates who:

- Have a high or medium PATTERN recidivism risk level
- Have a current or prior offense listed in the Program Statement **Categorization of Offenses**. Early transfers for such inmates are considered only in highly unusual circumstances. Ordinarily, an inmate is precluded from receiving an early transfer if he/she has an offense listed in either the Section titled "Offenses categorized as crimes of violence", or the Section titled, "Offenses that at the Director's discretion shall preclude an inmate's receiving certain Bureau program benefits".
- Has a Public Safety Factor (PSF) that the Designation and Sentence Computation Center (DSCC) Administrator has not waived.
- Have a history of community-based supervision (i.e., probation, parole, supervised release, halfway house, home confinement, etc.) non-compliance to include technical violations, escape, absconding/eluding, and/or new criminal conduct.
- Inmates who have been found to have committed 100 OR 200 level prohibited acts during the current term of incarceration, or the prohibited acts of using drugs or alcohol, drug possession, possession of drug paraphernalia, or introduction of drugs into Bureau institutions within the last three years from the date of the incident.

Additionally, inmates with high or medium PATTERN recidivism risk levels must demonstrate a good faith effort to lower their recidivism risk by:

- Maintaining clear conduct for at least three years from the date of the request.
- Successfully completing at least one of the Bureau's residential EBRR programs recommended based on an identified need area within the past five years, if any have been assigned.
- Is otherwise compliant with all the other requirements of this Program Statement with regard to successful program participation.

Inmates may initiate a request under (c)(2) by submitting a BP-A0148, Inmate Request to Staff, during their regularly scheduled Program Review. The Unit Manager will submit a request, along with the unit team's recommendation, to the Warden (or designee) for final decision.

For Minimum and Low PATTERN risk inmates, consistent with the methodology described in Sections 6 and 7 of this policy, the Bureau will initially estimate an FSA conditional Projected Release Date (PRD) by calculating the maximum number of potential FTC that an inmate may earn during his or her sentence. The Bureau will make an initial projection based on the inmate's PATTERN risk level. (For inmates currently in custody as of the effective date of this policy, the PATTERN risk level will be presumed to be the current level). This FSA PRD is subject to change during the inmate's incarceration, and it will be adjusted if the inmate's PATTERN score changes or if the inmate enters non-earning status.

FTC will not be applied towards an inmate's release date unless earned. Medium and High PATTERN risk inmates may earn FTC, but will not receive an estimated FSA PRD.

RRC and/or HC referrals will ordinarily be submitted to the respective Residential Reentry Management (RRM) office 12 months in advance of the inmate's PRD or at least 60 days prior to the projected RRC/HC placement date, whichever is greater. The RRC and/or HC recommendation will include the total number of days recommended based on the Five Factor Review (see 18 U.S.C. § 3621(b)), required under the Second Chance Act, plus the remaining number of FTC days not applied to supervised release at the time of the referral. When determining the FTC days available to be applied toward RRC/HC placement, the Bureau will assume that the inmate will remain in earning status from the referral date until the transfer to prerelease custody. There is no expectation the RRC/HC placement date will be modified once the referral has been submitted to the RRM office.

**Once an inmate has been transferred to prerelease custody pursuant to the procedures outlined in this section, the inmate will maintain the recidivism risk level the inmate had at the time of the transfer, unless the inmate benefits from a lower recidivism risk level based on the passage of time or the inmate's actions result in a higher risk rating. If an inmate is removed from prerelease custody for a violation, and is returned to a BOP institution, the inmate's recidivism risk level will be reassessed pursuant to the procedures outlined in Section 5 of this Program Statement.**

Prerelease placement is dependent on, but not limited to, the inmate's release residence, program requirements, and available contract bed space and funding.

**(d) *Transfer to supervised release.*** The Bureau may apply FSA Time Credits toward early

transfer to supervised release under 18 U.S.C. 3624(g) only when an eligible inmate has, in addition to satisfying the criteria in paragraphs (b) and (c) of this section:

>(1) An eligible inmate has maintained a minimum or low recidivism risk through his or her last risk and needs assessment;
>
>(2) An eligible inmate has a term of supervised release after imprisonment included as part of his or her sentence as imposed by the sentencing court; and
>
>(3) The application of FSA Time Credits would result in transfer to supervised release no earlier than 12 months before the date that transfer to supervised release would otherwise have occurred.

For inmates who meet the following criteria, up to 365 days of earned FTCs will be automatically applied to early release:

Note

- Has a term of supervised release to follow the term of incarceration
- Has a low or minimum PATTERN risk level
- Has maintained a low or minimum PATTERN risk level for at least two consecutive assessments conducted during regularly scheduled Program Reviews
- ~~Has no detainers or pending charges, to include unresolved immigration status and~~
- Is not the subject of a final order of removal under immigration laws, and
- Has not opted out or refused to participate in any required program, and therefore, is in earning status.

As explained in Section 10(b), the Bureau will calculate an inmate's PRD by assuming that an inmate will remain in earning status throughout his or her sentence, including while in prerelease custody. If an inmate on prerelease custody has already earned the maximum 365 days of credit toward supervised release, the PRD will be adjusted only if the inmate loses earned FTCs consistent with Section 9. If an inmate is returned to prison for a violation during prerelease custody or any other reason, their projected FTCs may be adjusted depending on any failure to remain in earning status.

As used in this Section, "last risk and needs assessment" refers to the final risk and needs assessment conducted while the inmate was at a BOP institution, prior to the inmate's transfer to supervised release or prerelease custody.

## 11. RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM EARLY RELEASE BENEFIT AND FTCs

Inmates who successfully complete the Residential Drug Abuse Treatment Program (RDAP) and are eligible for early release pursuant to 18 U.S.C. § 3621(e) may also earn FTCs which could be applied towards an additional reduction to their Projected Release Date (PRD). Eligibility to

apply earned FTCs is separate and unrelated to the eligibility requirements under 3621(e).

An inmate must complete all required components of RDAP, including the community-based treatment component, in order to receive the early release benefit pursuant to 18 U.S.C. § 3621(e). The 3621(e) benefit will be applied first to the inmate's sentence computation, followed by the application of FTCs, however, an inmate must have sufficient time remaining to serve to complete all required components of the RDAP program (i.e., 120-day community-based treatment).

In the event an inmate has insufficient time remaining to serve after completing the RDAP program to receive both the early release benefit under 3621(e) and the full 365 days toward early release of earned FTCs, the number of FTC days applied will be reduced to allow for, at a minimum, the 120-day community-based placement as required under 3621(e).

Regardless of whether the inmate is receiving the 3621(e) release benefit alone or in conjunction with FTCs, the inmate will have a conditional release method entered into SENTRY until the inmate receives a community-based placement date with, at a minimum, the required 120 days and the unit team has submitted a completed BP-A0628, Notification of RRC Placement Date, to the Designation and Sentence Computation Center (DSCC).

Inmates who release early pursuant to section 3621(e) and who also earn FTCs will be keyed with the release method which identifies that both benefits have been applied. The Correctional Systems t intranet page provides a list of FSA release method codes and descriptions for staff.

12. ADMINISTRATIVE REMEDIES.

Inmates who wish to seek review of any issue relating to this Program Statement may use the procedures outlined in the Program Statement **Administrative Remedy Program**.

**REFERENCES**

*U.S. Codes or Regulations Referenced*
8 U.S.C. § 1101
18 U.S.C. § 3624
18 U.S.C. § 3632
28 C.F.R. § 541
28 C.F.R. § 542

*Program Statements*
1221.66 CN-I   Directives Management Manual (7/21/1998)

P5410.01   11/18/2022   Federal Regulations from 28 CFR: this type. Implementing instructions: this type.   18

| 1330.18 | Administrative Remedy Program (1/6/2014) |
| 5162.05 | Categorization of Offenses (3/16/2009) |
| 5200.06 | Management of Inmates with Disabilities (11/22/2019) |
| 5220.01 | First Step Act Program Incentives (7/14/2021) |
| 5270.09 CN-1 | Inmate Discipline Program (11/18/2020) |
| 5322.13 | Inmate Classification and Program Review (5/16/2014) |
| 5330.11 CN-1 | Psychology Treatment Programs (4/25/2016) |
| 5331.02 CN-2 | Early Release Procedures under 18 U.S.C. § 3621(e) (9/27/2017) |
| 5400.01 | First Step Act Needs Assessment (6/25/2021) |
| 7310.04 CN-1 | Community Corrections Center (CCC) Utilization and Transfer Procedure (12/16/1998) |

*Forms*

| BP-A0148 | Inmate Request to Staff |
| BP-A0628 | Notification of RRC Placement Date |
| BP-A1156 | Restoration of Federal Time Credits |

*ACA Standards:*

**American Correctional Association Standards for Adult Correctional Institutions – 5th Edition:**

5-ACI-2C-11, 5-ACI-3C-01, 5-ACI-3C-03, 5-ACI-3C-04, 5-ACI-3C-07, 5-ACI-3C-08, 5-ACI-3C-11, 5-ACI-3C-13, 5-ACI-3C-15, 5-ACI-3C-19,

5-ACI-3C-23, 5-ACI-3D-19, 5-ACI-4A-09, 5-ACI-5B-01, 5-ACI-5B-03, 5-ACI-5B-04, 5-ACI-5B-05, 5-ACI-5B-06, 5-ACI—5B-07, 5-ACI-5B-08,

5-ACI-5B-09, 5-ACI-5E-02, 5-ACI-5E-11, 5-ACI-5E-12, 5-ACI-5E-13, 5-ACI-5E-14, 5-ACI-5E-15, 5-ACI-6A-42, 5-ACI-6C-06, 5-ACI-7B-10

**American Correctional Association Performance Based Standards for Adult Local Detention Facilities – 4th Edition:**

4-ALDF-2A-30, 4-ALDF-2A-47, 4-ALDF-2A-50, 4-ALDF-3A-01, 4-ALDF-3A-02, 4-ALDF-4C-40, 4-ALDF-5A-04, 4-ALDF-5A-08,

4-ALDF-6B-01, 4-ALDF-6B-02, 4-ALDF-6B-04, 4-ALDF-6B-05, 4-ALDF-6B-08, 4-ALDF-6C-01, 4-ALDF-6C-03. 4-ALDF-6C-04, 4-ALDF-6B-07, 4-ALDF-6C-09, 4-ALDF-6C-11, 4-ALDF-6C-12, 4-ALDF-6C-14, 4-ALDF—6C-15, 4-ALDF-6C-18, 4-ALDF-7D-2

*Records Retention Requirements*

Requirements and retention guidance for records and information applicable to this program are available in the Records and Information Disposition Schedule (RIDS) on Sallyport.

# CERTIFICATE OF SERVICE

I movant certify that I have served a copy of the foregoing PARTY via first class u.s postage mail on the 15 day of July 2024

Anderson _____ DATED: 7-14-2024
respectfully submitted

anderson Jose coutinho-silva
usP Florence-ADmax
P.o. Box 8500
Florence. co. 81226-8500

( 1 of 1 )



COUTHO SELW # 64634-066
USP Florence - ADmax
P.O. Box 8500
Florence . CO . 81226-8500

LEGAL MAIL

7/15/2024

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 8 ☐☐☐

JUL 15 2024