IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02012-SBP
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant Anderson Jose Coutinho-Silva is in the custody of the Bureau of Prisons, currently incarcerated at the Florence ADMAX United States Penitentiary in Florence, Colorado. On July 19, 2024, he submitted to the Court *pro se* a "Motion to Correct Time Credits Restored Procedures for Implementation of 18 U.S.C. § 3632(d)(4) under 28 U.S.C. § 2241." (ECF No. 1).[1]

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the Court's Case Management and Electronic Case Filing system (CM/ECF). This manner of identifying a document on the electronic docket is used in the Court's orders.

1

As part of the Court's initial review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Applicant's filing is deficient (or required filings have not been submitted) as described in this order. Applicant will be directed to cure the following to pursue any claims in this Court in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) **XX**      **is not submitted**
(2) __      is missing affidavit
(3) __      is missing certified copy of the prisoners' trust fund statements for the 6-month period immediately preceding this filing.
(4) **XX**      **is missing certificate showing current balance in prison account**
(5) __      is missing required financial information
(6) __      is missing authorization to calculate and disburse filing fee payments
(7) __      is missing an original signature by the plaintiff
(8) __      is not on proper form
(9) __      names in caption do not match names in caption of complaint, petition or habeas application
(10) **XX**      **other: Filing of the § 1915 motion and supporting documents is necessary only if habeas corpus filing fee of $5.00 is not paid in advance.**

**Complaint, Petition, or Application**:
(11) __      is not submitted
(12) **XX**      **is not on proper form**
(13) __      is missing an original signature by the Plaintiff
(14) __      is missing page nos.
(15) __      uses et al. instead of listing all parties in caption
(16) __      names in caption do not match names in text
(17) __      addresses must be provided for all Plaintiffs/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___      other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within **thirty (30) days**

from the date of this order. Any papers that Applicant files in response to this order must be labeled with the civil action number identified on this order. It is

FURTHER ORDERED that Applicant shall obtain (with the assistance of a case manager or the facility's legal assistant) and utilize the following District of Colorado forms: (1) Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and (2) Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, which are available, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 23, 2024.

BY THE COURT:

Susan Prose
United States Magistrate Judge