



Coutinho SILVA #64654-066
Florence ADMAX
U.S. Penitentiary
P.O. BOX 8500
FLORENCE, CO 81226-8500

FIRST CLASS. U.S
LEGAL MAIL
DAY OUT

8-7-2024



Judge Richard T. Gurley

UNITED STATES MAGISTRATE JU…E
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
OFFICIAL BUSINESS

U.S. OFFICIAL MAIL
US POSTAGE ᴹᴵᴺᴱᴰ BY PITNEY BOWES
PRIVATE USE $300

$ 000.001
ZIP 81226
02 7H
0005951581    AUG 07 2024
Correction

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

AUG 07 2024

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address