FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 12 2024

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-02012-SBP

Anderson Jose coutiho Silva

Plaintiff(s)/Petitioner(s),

v.

A. ciolli Warden

_____,

Defendant(s)/Respondent(s).

---

**PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24 IN A HABEAS CORPUS ACTION**

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) ✓ I am unable to pay such fees or give security therefor. ""
(2) The issues I desire to raise on appeal are:
   I am unable to pay such fees or give security therefor. I dont have no Job no house no car or property.

(3) I am entitled to redress.
(4) ✓ I take this appeal in good faith. ""
(5) The appeal is not frivolous and presents a substantial question.

Rev. 4/04

(6) I have $ 279.44 in my prison account.

(7) My other assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

I have $279.44 in my Prison Account But it is All encumbrance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ___ADMAX___ on ___8-7-2024___.
            (location)              (date)

_____
Prisoner's Original Signature

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

Rev. 4/04   2

Date: 08/06/2024
Time: 6:55:22 AM

Facility: FLX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**CERTIFIED**

AUG 06 2024
FCC FLORENCE
TRUST FUND

**Start Date:** 02/01/2024
**End Date:** 08/06/2024
**Inmate Reg#:** 64654066
**Account Status:** All
**Institution:** Florence FCC

Page 1

Date: 08/06/2024
Time: 6:55:22 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

**CERTIFIED**
AUG 0 6 2024
FCC FLORENCE
TRUST FUND

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 64654066 | Living Quarter: | F02-202L |
| Inmate Name: | COUTINHO-SILVA, ANDERSON JOSE | Arrived From: | FLX |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-F-A | Account Creation Date: | 1/12/2010 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 02/05/2024 10:12:22 AM | 74 | | | Sales | ($22.20) | | $422.04 |
| FLX | 02/12/2024 09:38:25 AM | 35 | | | Sales | ($18.60) | | $403.44 |
| FLX | 02/21/2024 10:45:15 AM | 48 | | | Sales | ($11.40) | | $392.04 |
| FLX | 02/26/2024 10:59:48 AM | 74 | | | Sales | ($19.95) | | $372.09 |
| FLX | 03/04/2024 10:41:47 AM | 69 | | | Sales | ($21.55) | | $350.54 |
| FLX | 03/06/2024 10:31:44 AM | | ZICP0324 | | Inmate Co-pay | ($2.00) | | $348.54 |
| FLX | 03/08/2024 11:06:05 AM | | ZFRP0324 | | FRP Quarterly Pymt | ($25.00) | | $323.54 |
| FLX | 03/11/2024 10:27:30 AM | 66 | | | Sales | ($22.40) | | $301.14 |
| FLX | 03/25/2024 12:41:22 PM | 78 | | | Sales | ($15.20) | | $285.94 |
| FLX | 04/01/2024 11:40:57 AM | 72 | | | Sales | ($6.50) | | $279.44 |
| FLX | 04/15/2024 10:06:32 AM | 43 | | | Sales | $0.00 | | $279.44 |
| FLX | 04/25/2024 10:05:58 AM | ZFLXD058 - 3332 | | | Debt Encumbrance | | ($0.24) | |
| FLX | 06/10/2024 07:44:57 AM | ZFRP0624 | | | FRP Quarterly Pymt | $0.00 | | $279.44 |
| **Total Count:** | **13** | | | | **Totals:** | **($164.80)** | **($0.24)** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $0.00 | $0.00 | $279.44 | $0.00 | $0.00 | $0.00 | $0.00 | $279.44 |
| **Totals:** | **$0.00** | **$0.00** | **$279.44** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$279.44** |

Date: 08/06/2024
Time: 6:55:22 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 64654066 | Living Quarter: | F02-202L |
| Inmate Name: | COUTINHO-SILVA, ANDERSON JOSE | Arrived From: | FLX |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-F-A | Account Creation Date: | 1/12/2010 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $142.60 | $301.12 | $279.44 | $279.44 | N/A | N/A |

Page 3