IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02012-RTG

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

---

**ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

    Applicant has filed *pro se* an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5) and an Amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 6). Applicant will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    Accordingly, it is

    ORDERED that the Amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 6) is GRANTED. It is

    FURTHER ORDERED that process shall not issue at this time.

DATED September 4, 2024.

BY THE COURT:

*Richard T. Gurley*

_____
Richard T. Gurley
United States Magistrate Judge