IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02012-RTG

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

---

ORDER TO FILE PRELIMINARY RESPONSE

---

Applicant, Anderson Jose Coutinho-Silva, is in the custody of the Bureau of Prisons, currently incarcerated at the Florence ADMAX Facility in Florence, Colorado. He has filed *pro se* an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5) and an Amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 6). He has been granted leave to proceed *in forma pauperis*. (ECF No. 7).

As part of the preliminary consideration of the Amended Application in this case and pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the

1

Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits all relevant portions of the administrative record, including but not limited to copies of all documents demonstrating whether Applicant has exhausted administrative remedies.

Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response,** Applicant may file a Reply if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

Dated: September 5, 2024

BY THE COURT:

_Richard T. Gurley_

———————————————
Richard T. Gurley
United States Magistrate Judge