IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02012-RTG

Anderson Jose Coutinho-Silva,

    Petitioner,

v.

   A. CIOLLI, Warden,

    Respondent.

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the United States Attorney General, the United States Attorney's Office and to the Federal Bureau of Prisons for service of process on A. Ciolli, Warden: ORDER TO FILE PRELIMINARY RESPONSE FILED ON 9/5/2024 and the AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED ON 08/12/2024 on September 6, 2024.

Anderson Jose Coutinho-Silva
#64654-066
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

   A. Ciolli, Warden
Federal Bureau of Prisons
c/o Colorado Consolidated Legal Center
**DELIVERED ELECTRONICALLY - VIA EMAIL**

United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY - VIA EMAIL**

United States Attorney General – **CERTIFIED MAIL**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.   20530

                                                          s/ S. Phillips
                                                           *Deputy Clerk*