FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
9/6/2024  
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO

TO: The Clerk of Court for the United States District Court for the District of Colorado

The undersigned, <u>Joann Stark</u> , as a person authorized to accept service on behalf of the United States Attorney's Office for the District of Colorado, hereby acknowledges receipt of the following documents for **Case 24-cv-02012-RTG**

- ORDER TO FILE PRELIMINARY RESPONSE FILED ON 9/5/2024
- Amended APPLICATION FOR WRIT OF HABEAS CORPUS FILED ON 8/12/2024

Signed:  *s/Joann Stark*                               .

On  6th   day of  September           , 2024