IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-cv-02012-RTG

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

**PRELIMINARY RESPONSE TO APPLICATION FOR WRIT OF HABEAS CORPUS**

Respondent, through undersigned counsel, files this Preliminary Response pursuant to the Court's September 5, 2024, Order. ECF No. 8. In his Amended Application for a Writ of Habeas Corpus, Applicant Anderson Jose Coutinho-Silva, a federal prisoner at the United States Penitentiary – Administrative Maximum in Florence, Colorado, challenges the calculation of good time credits. *See generally* ECF No. 5. Specifically, Applicant seeks to have First Step Act ("FSA") good time credits restored that he claims have been improperly denied based on a finding that he is ineligible to receive such credits due to his crime of conviction.

In its September 5 Order, the Court directed Respondent "to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies" and instructed that "[i]f Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response." ECF No. 8 at 1-2. Accordingly, Respondent hereby notifies the Court that Respondent does not intend to raise the affirmative

1

defense of exhaustion of administrative remedies with regard to the claim raised in the instant Application—namely, that Applicant is entitled to FSA good time credits that he has not received.[1] Respondent reserves the right to later assert other defenses and the right to assert that Applicant ultimately is entitled to no relief on the merits of his claims.

Dated: September 19, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MATTHEW T. KIRSCH
　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　*s/ Logan P. Brown*
　　　　　　　　　　　　　　　　　　　Logan P. Brown
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　1801 California Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　　　　Telephone: (303) 454-0100
　　　　　　　　　　　　　　　　　　　Fax: (303) 454-0407
　　　　　　　　　　　　　　　　　　　Logan.Brown@usdoj.gov

　　　　　　　　　　　　　　　　　　　Counsel for Respondent

---

[1] In apparent support of his claim to have FSA time credits restored to him, Applicant states, without additional explanation, that "his confinement at an administrative maximum prison violated his Fifth and Eighth Amendment rights and also an extradition treaty." *Id.* at 6, 9. Based on the overall contents of the Application, including the subsequent statements in "Ground One," Respondent does not interpret this statement as setting forth a separate claim for relief independent from Applicant's claim seeking restoration of FSA time credits. If Applicant later clarifies or explains that he did intend to assert a separate claim for relief under the Fifth and Eighth Amendments, Respondent reserves the right to assert that Applicant did not exhaust such a claim.

## CERTIFICATE OF SERVICE

      I certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Via mail:    Anderson Jose Coutinho-Silva
               #64654-066
               FLORENCE ADMAX
               U.S. PENITENTIARY
               Inmate Mail/Parcels
               PO BOX 8500
               FLORENCE, CO 81226

               Applicant

                                             *s/ Logan P. Brown*
                                             Logan P. Brown