IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02012-RTG

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

---

### ORDER TO SHOW CAUSE

---

    An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) has been filed by the Applicant, alleging that he is being held illegally. Upon reading the application, good cause appears. It is

    ORDERED that Respondent show cause **within thirty (30) days from the date of this order** why the application for a writ of habeas corpus should not be granted. It is further

    ORDERED that **within thirty (30) days of Respondent's answer to this show cause order,** Applicant may file a Reply, if any.

    DATED September 30, 2024.

BY THE COURT:

*/s/ Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge