in the united states district court
for the district of colorado

Anderson Jose coutinho silva.

Applicant,

case NO.1-24-CV-02012-NYG

V.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 03 2024
JEFFREY P. COLWELL
CLERK

A. ciolli. Warden.

Respondent.

Applicant reply to the Respondent response in oppossition to Applicant for writ of habeas corpus.

said Applicant to earn FSA time credits.
An inmate who is eligible to earn FSA time credits is an eligible inmate for the Purposes of this subpart. Any inmate sentenced to a term of imprisonment Pursuant to a conviction for a federal criminal offense or any Person in the custody of the Bureau. is eligible to earn FSA time credits. subject to the exception described in Paragraph (d)(2) of this setion.
Exception. if the inmate is serving a term of imprisonment for an offense specified in 18 u.s.c. 3632(d)(4)(D), the inmate is not eligible to earn FSA time credits.
for inmates who meet the following criteria up to 365 days of earned FTCs will be automatically applied to early release.
said Applicant he been held in BOP custody 2 years Past of he's statutor release date. in violation of Sec. 102 of the first step Act, and the due Process clause. and I request to be immediately relesed from BOP custody.

SAid Respondent for APPlicant Been in maximum Prison ViolAted his fifth and Eighth Amendment Rights And also An extRAdition treAty. ID. AT 6. 9. BAsed on the overAll contents of the APPlication SAid APPlicant he been holdings illegAlly AT the PenitentiARY ADMAX for the PAST 2 yeARS. After he finishing the ADMAX PrograM And SAid APPLicAnt he WAS SexuAl AssAu-lted 2 time AT the ADMAX fAcility. And Been Refusing to Be Provide with A ProPer medicAL ASSent. And he have All documents dAte And events.

SAid APPlicant. Respondent has fall TO Provide the court with All Administrative Remedy APPlicant have filed AgAinst the ADMAX fAcility for the PAST 7 yeARS.

WHEREFORE, for All the ReAsons stated APPlicAnt RespectfuLLy ASKS this court to granted his habeAS corPus motion And list this mAtter for A new time credits.

Respectfully submitted

Anderson Jose coutinho silvA #64654066
U.S. PenitentiARY MAX
P.O. BOX 8500
florence, CO 81226-8500

[signature] DATE 9-26-2024

# CERTIFICATE OF SERVICE

I hereby certify that copy of the Applicant reply to the Respondent Response in opposition to Applicant for writ of habeas corpus was sent to Matthew T. Kirsch, Acting United States Attorney, at the U.S Attorney office via first class U.S Postage mail on the 27th day of September 2024

9-26-2024 Signature: [signature]
DATE

Anderson Jose Coutinho Silva
Register No. 64654-066
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

# GENERAL POPULATION AND STEP-DOWN PROGRAM (Release Preparation Unit)

25

October 13, 2022
Date

COUTINHO-SILVA, Anderson
Inmate Name

64654-066
Register Number

C
Unit

October 2022
Month Reviewed

You have been approved for placement in the Release Preparation Unit. Your Unit Team will notify you of your advancement date.

A. Ciolli, Complex Warden

# Removal from ADX Step-Down

May 4, 2023
DATE

Coutinho-Silva, Anderson
INMATE NAME

64654-066
REGISTER NUMBER

K/A
UNIT

May 2023
MONTH REVIEWED

Per Institutional Supplement, FLM 5321.08(1), you were reviewed for eligibility for transfer to USP Step-Down program.

It has been determined that you are not appropriate to remain in the Step-Down Program at the ADX. It was determined you cannot currently safely function in a less-restrictive unit without posing a risk to institutional security and good order; pose a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or pose a risk to the his safety, or the safety to the public. Specifically, you have stated you would not participate in the USP Step-Down program and if you were placed in the program you would cause harm to another individual.

You may appeal this decision by utilizing the Federal Bureau of Prisons' Administrative Remedy Program

A. Ciolli, Complex Warden

COP-OUT may 8. 2023
DATE

TO: SIS ESPINO

from: COUTINHO SILVA #64654-066 H-A UNIT

I Am write you to inform you my unit manager LAZEReh And my counselor Hollbrooks. they con't move me BACK TO (C) unit tomorrow for no Reason, they said I Refuse TO Go to the USP I Refuse TO PROGRAM. what Im Refuse to PROGRAM I finishing my 6 month PROGRAM?. I will like TO Go to the ReGular YARd Like I Been told.
Get BACK With me About This issue

RespCT, silva

I was told you refused to be moved to B/A UNIT @ the USP. All inmates who are programing have to Complete B/A UNIT. Before being able to be transferred to an open yard (other prison). B/A UNIT is the Second + Third phase of the stepdown UNIT.
If you were about to complete 6 months in K/A, and you wanted to go to stepdown as you had requested, then why would you refuse?
This is A UNIT TEAM problem you need to address with your Unit Manager + Counselor. This is Not A SIS function.

Respectfully
SIS ESPINO

BP-08

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

*Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: Coutinho Silva Reg. No.: 64654-066

Unit: ADX Date: 4/27/2023

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues): I Am filed this ComPlaint AGAinst my unit team SIS ESPino And warden A. Ciolli for holdings me illegally in the U.S. Penitentiary ADX MAX. After I fines my ProGram. my 6 months time is up.
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2. State what resolution you expect: I Request to Be Removed from the ADX A.S.A.P. I WILL Like To Go To The Regular yard like I Been Told By The SIS.

Inmate's Signature: [signature] Date: 4/27/23

Counselor's Signature: [signature] Date: 4/28/23

Department Involved: Unit team Date Assigned: 5.2.23 Due Date: 5.7.23

Department's Response regarding Complaint: You are currently being reviewed for the step-down at the USP. You will be advised of the decision

Department Head Signature: Date:
Unit Manager's Review: [signature] Date: 5.2.23
Informally Resolved: Date:

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 4/27/23 | 4/28/23 | 5-2-23 | 5/3/23 | 5/4 |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | [initials] | |

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

BP-09 **REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: COUTINHO SILVA — 64654-066 — H-A — ADX MAX
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** I AM filed this COMPLAINT AGAINST MY Unit Team, SIS ESPINO And WARden A. Ciolli FOR holdings me ILLEGALLY In the U.S. Penitentiary ADX MAX AFTER I finishing MY PROGRAM, MY 6 months TiMe is UP on APRILL 13, 2023. I REQUEST TO BE Remove FROM the ADX A.S.A.P I WILL Like TO GO TO the REGULAR YARD Like I Been TOLD BY the SIS. no TO the STEP-down AT the USP.
I CURRENTLY ded the TRAVied With the SIS he ASK me WAR I WANT TO GO I SAd I WANT TO GO TO USP Allenwood P.O. BOX 3000: WHITE DEER.

MAY 2, 2023
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Received
MAY 04 2023
Admin Remedy Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: 1160429-F1

CASE NUMBER: ____________

**Part C- RECEIPT**

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____________

BP09

BP-229 Part B - Response

Case Number: 1160429-F1

This is in response to your Request for Administrative Remedy received May 4, 2023, wherein you claim you are being denied the opportunity to release from ADX Florence. As relief, you request to be removed from this institution.

A review of the issue raised in your Request for Administrative Remedy revealed your case was presented to the Step-Down Screening Committee on May 4, 2023. During the review, your conduct and programming was considered; however, you were denied placement into the Second Phase of the Step-Down Program due to your refusal to participate in the Step-Down Program at United States Penitentiary (USP) Florence. As a result, you were removed from the Step-Down Unit at the ADX and returned to General Population. Additionally, Special Investigative Services staff found no reason why you are unable to participate in the Step-Down Program at USP Florence.

We encourage you to continue to participate in and complete all programs recommended by the Unit Team; demonstrate positive behavior, including respectful and appropriate conduct towards staff and other inmates; and demonstrate positive overall institution adjustment to include, but not limited to, personal hygiene, and cell sanitation. You will be reviewed again for placement in the Step-Down program six months from your current review, providing you continue to meet the eligibility requirements identified in Institution Supplement 5321.08(1)B, General Population and Step-Down Unit Operations.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

A. Ciolli, Complex Warden

5·12·23
Date

DELIVERED MAY 1 3 2023

U.S. Department of Justice

Federal Bureau of Prisons

BP-10

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: COUTINHO SILVA — LAST NAME, FIRST, MIDDLE INITIAL | 64654-066 — REG. NO. | K-A — UNIT | ADX MAX — INSTITUTION

**Part A - REASON FOR APPEAL** I AM filed this COMPLAINT AGAINST my unit TEAM COUNSELOR HOLBROOKS, unit MANAGER LAZERK, SIS ESPINO And WARden A. CIOLLI. for holdings me iLLegALLY In The U.S. PeniTenTiARY ADX MAX, AfTeR I finishing MY PROGRAM, MY "6" months time is UP on APRILL 13, 2023. unit MANAGER LAZERK SAid I Refus TO PARTICIPATE in the STEP-down AT USP Florence. he LIAR he MAKE theUP TO RetALIA AGAinST me. "MY QUESTION is do I SIGN A FORM 5321.08(1) B, SAid I ReFUS TO PARTICIPATE In the STEP-down AT USP. no I donot SIGN A form".
**CONCLUSION**: I REQUEST TO Be Removed From the ADX A.S.A.P.

I Seand this BP-10 OUT on MAY 16, 2023

5/15/2023 — DATE

[signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED MAY 22 2023

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1160429-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-10

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 1160429-R1

This is in response to your Regional Administrative Remedy Appeal received May 22, 2023, in which you allege that you are being inappropriately denied a transfer from the United States Penitentiary Administrative Maximum (ADX) in Florence, Colorado. For relief, you request to be transferred to immediately.

We have reviewed your appeal and the Warden's response dated May 12, 2023. As indicated in the Warden's response, a transfer to another institution is not appropriate at this time. As such, you are encouraged to maintain clear conduct, actively participate in available and recommended programs, and work with your Unit Team to prepare for subsequent reviews of your appropriateness for placement into the Step-Down Program. Provided you meet the eligibility requirements, you will be reviewed again at your next scheduled Program Review. Additionally, your placement at the ADX is commensurate with your current security and custody level. Accordingly, the institution's decision is supported.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

06/31/2023
Date

Andre Matevousian, Regional Director

DELIVERED JUL 20 2023

BR11

ANDERSON JOSE COUTINHO-SILVA, 64654-066
FLORENCE ADMAX USP UNT: F QTR: F02-210L
PO BOX 8500
FLORENCE, CO 81226

DELIVERED SEP 27 2023

U.S. Department of Justice

Federal Bureau of Prisons

## Central Office Administrative Remedy Appeal

I'm sent this BP-11 out on JULY 27-2023

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: COUTINHO SILVA (LAST NAME, FIRST, MIDDLE INITIAL) 69654-066 (REG. NO.) F (UNIT) ADX MAX (INSTITUTION)

**Part A - REASON FOR APPEAL** I AM FILED this COMPLAINT AGAINST MY unit TEAM COUNSELOR HOLBROOKS, unit MANAGER LAZERK, SIS ESPINO and WARDEN A. CILLI. for holdings me ILLEGALLY In the U.S. PENITENTIARY ADX MAX, AFTER I FINISHING MY PROGRAM. MY "6" MONTHS TIME WAS UP ON APRILL 13, 2023, unit MANAGER LAZERK SAID I REFUS TO PARTICIPATE In the STEP-DOWN AT USP FLORENCE, he LIAR he MAKE the UP TO RETALIA AGAINST ME. I CEE A White INMATE NAMED COLLINS he THETEN the unit TEAM LAZERK And he WAS SENT BACK TO H-A unit AFTER ONLY SPENDING 2 WEEKS. in C-UNIT (SHU), Which PROVES that I AM being SUBJECTD TO DISCRIMINATION And RETALIATION. MY QUESTION is do I SIGN A FORM 5321.08(1)B, SAID I REFUS TO PARTICIPATE In the STEP-DOWN AT USP. NO I DONOT SIGN A FORM.

CONCLUSION: I REQUEST TO BE REMOVED FROM the ADX A.S.A.P.

I SENT this BP-11 OUT ON JULY

7-20-2023 (DATE) [signature] (SIGNATURE OF REQUESTER)

**Part B - RESPONSE**

RECEIVED

AUG 10 2023

Administrative Remedy Section
Federal Bureau of Prisons

DATE ______ GENERAL COUNSEL ______

ORIGINAL: RETURN TO INMATE CASE NUMBER: 1160429-A1

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______ (LAST NAME, FIRST, MIDDLE INITIAL) ______ (REG. NO.) ______ (UNIT) ______ (INSTITUTION)

SUBJECT: ______

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP11

**Administrative Remedy No. 1160429-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you appeal the decision to remove you from the Step-Down Program at the ADX and deny your request for a transfer. You state you finished the Program, but staff has claimed that you refused to participate. You allege discrimination and retaliation, and feel you are being held at the ADX illegally. You request to be removed from the ADX as soon as possible.

Several factors are considered for placement in and advancement through the Step-Down Program. The Warden and Regional Director adequately addressed your complaint and explained the reason for your removal from the Step-Down Program at that time. There is no indication, and no credible evidence has been presented, that staff has acted contrary to policy and procedures. We concur with the responses provided and find your claims of discrimination and retaliation are not supported.

Any further transfer requests or Step-Down programming issues should be directed to your Unit Team.

According, your appeal is denied.

September 6, 2023
Date

R. Ellington
Rosalind Ellington,
Acting Administrator
National Inmate Appeals

**Anderson Jose Coutinho-Silva**
64654-066
USP FLORENCE ADMAX
PO BOX 8500
FLORENCE, CO 81226

LEGAL MAIL
9/27/2024

Judge Richard T. Gurley
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS





FEDERAL PRISON CAMP
P.O. BOX [illegible]
FLORENCE, COLORADO 81[illegible]

SEP 27 2024

DATE: ____________________

*SPECIAL/LEGAL MAIL*

The enclosed [illegible] special mailing procedures for [illegible] to you. [illegible] neither opened nor [illegible] read. If the [illegible] question or problem over which this facility [illegible] you may wish to return the material for further [illegible] or clarification. If the writer encloses correspondence [illegible] forwarding to another [illegible] address.