In the United States District Court
for the District of Colorado

Anderson Jose Coutinho Silva

Applicant,

Case No. 24-CV-2012-NYW

V.

A. Ciolli, Warden

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 11 2024
JEFFREY P. COLWELL
CLERK

## Motion for Appoint Counsel

Please grant me leave to amend my motion habeas corpus to correct good time credits and appoint counsel to supplement. I do not know how to speak english very well and I need help?

## Certificate of Service

I hereby certify the copy of the applicant motion for a appoint counsel to the court via first class US postage mail on 10-7-2024

10-6-2024   Signature Anderson
Date

Register #10165-066
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

Name Coutinho Silva
Reg. No. 64654066
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

10/7/2024

LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5500
FLORENCE, COLORADO

DATE: OCT 07 2024

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The writer has neither been verified nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Judge Nina Y. Wang
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

0294-250151