IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-cv-02012-RTG

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

---

**RESPONDENT'S RESPONSE TO APPLICANT'S
"MOTION FOR A [sic] APPOINT COUNSEL" (ECF No. 16)**

---

Respondent A. Ciolli respectfully responds to Applicant Anderson Jose Coutinho-Silva's "Motion For A [sic] Appoint Counsel." EC4F No. 16 ("Motion"). In his Motion, Applicant requests "leave to amend [his] habeas corpus [petition]" and seeks to have counsel appointed to represent him in this mater. *See id.* Respondent does not oppose Applicant's motion for leave to amend his Application and takes no position on his request for appointment of counsel.

Applicant filed his operative amended Petition for a Writ of Habeas Corpus on August 12, 2024. ECF No. 5. On September 5, 2024, the Court ordered Respondent to file a preliminary response limited to addressing the affirmative defense of exhaustion of administrative remedies. ECF No. 8. On September 19, 2024, Respondent filed a preliminary response indicating that Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies with regard to the claim raised in the instant Application. ECF No. 11. On October 1,

1

2024, the Court issued an Order to Show Cause ordering Respondent to show why the Application should not be granted by October 30, 2024. ECF No. 12. On October 15, 2024, Applicant filed his Motion, requesting "leave to amend [his] habeas corpus [petition]" and to have counsel appointed to represent him in this mater. ECF No. 16.

    As noted above, Respondent does not oppose Applicant's motion for leave to file an amended application and takes no position regarding his request for appointment of counsel.

Dated: October 21, 2024        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

        *s/ Logan P. Brown*
        Logan P. Brown
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0407
        Logan.Brown@usdoj.gov

        Counsel for Respondent

## CERTIFICATE OF SERVICE

      I certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Via mail:    Anderson Jose Coutinho-Silva
               #64654-066
               FLORENCE ADMAX
               U.S. PENITENTIARY
               Inmate Mail/Parcels
               PO BOX 8500
               FLORENCE, CO 81226

               Applicant

                                                         *s/ Logan P. Brown*
                                                           Logan P. Brown