in the united states district court
for the district of colorado

Anderson Jose coutinho silva,

   Applicant,

                    case No. 24-cv-0212-NYW
v.

A. ciolli, warden.

   Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 30 2024
JEFFREY P. COLWELL
CLERK

Applicant reply to the respondent response in oppossition to Applicant for writ of motion for a (sic) appoint counsel (ECF No.16) habeas corpus.

1). Applicant it is qualify for a appointment of councel due to Applicant "intelligenc quotient" Being at the same retio as one who is unable to understand as he is illiterate, and english illirate.

2). the applicant has not file a preliminary response limited to addressing the affirmative defense of exhaustion of administrative remedies the court do not ordered applicant to filed

(1)

a preliminary. the court only ordered the Respondent to file preliminary response within twenty-one days, by magistrate Judge Richard Thomas Gurley.

3). the Respondent file to provide the court with a good reason said Applicant is not Qualify for EARN FSA GOOD TIME CREDITS.
Applicant respectfully ask the COURT to look on all Administrative Remed Response BP-08, BP-09, BP-10, BP-11 And Appeal for the United States department of Justice office of the Attorney General.
this is not with a Respondent said on the habeas corpus response.

4). Respondent file to provide the court with a correct case no on they response the correct case no is 24-CV-02l2-NYW.

5). Respondent file to provide the court with a proof said the Applicant he is not being held illegally in Prison.

(2)

WHEREFORE, for All the reasons stated Applicant Respectfully Asks this court to granted his habeas corpus And his motion for a Appoint counsel AND List this Matter for a new time credits

Respectfully submitted

Anderson Jose coutinho silva #69654-066
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

[signature]   DATE 10-24-2024

(3)

```
LEWAM    540*23   *      SENTENCE MONITORING        *    02-10-2015
PAGE 001          *      COMPUTATION DATA           *    14:31:02
                         AS OF 02-10-2015

REGNO..: 64654-066 NAME: COUTINHO-SILVA, ANDERSON JOSE


FBI NO............: 454803CD0         DATE OF BIRTH: 08-12-1982   AGE:  32
ARS1..............: LEW/A-DES
UNIT..............: D-BLOCK           QUARTERS.....: D02-219L
DETAINERS.........: YES               NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 10-20-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-20-2025 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER....................: DPAE2:10CR000002-001
JUDGE............................: PRATTER
DATE SENTENCED/PROBATION IMPOSED: 07-25-2011
DATE COMMITTED...................: 03-08-2012
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $300.00         $00.00           $1,000.00     $00.00

RESTITUTION...:  PROPERTY:  YES  SERVICES:  NO    AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  540
OFF/CHG: 18:1951(A) ROBBERY WHICH INTERFERES W/INTERSTATE COMMERCE CT.1
         18:922(G)(5)(A) ALIEN IN POSSESSION OF A FIREARM CT.3

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    87 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 10-08-2009
```

*7 years*
*+*
*3 Months*

*7.3*

```
G0002         MORE PAGES TO FOLLOW . . .
```

REGNO..: 64654-066 NAME: COUTINHO-SILVA, ANDERSON JOSE

------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) USING A FIREARM DURING AND IN RELATION TO A CRIME
         OF VIOLENCE CT.2

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS                *10 YEARS*
 TERM OF SUPERVISION............:      5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER...: CS TO OBLG 010
 DATE OF OFFENSE................: 10-08-2009

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-08-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-29-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

 DATE COMPUTATION BEGAN.........: 12-21-2011
 AGGREGATED SENTENCE PROCEDURE..: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT...........:    207 MONTHS
 TOTAL TERM IN EFFECT CONVERTED.:     17 YEARS      3 MONTHS
 AGGREGATED TERM OF SUPERVISION.:      5 YEARS
 EARLIEST DATE OF OFFENSE.......: 10-08-2009

 JAIL CREDIT....................:        FROM DATE    THRU DATE
                                         10-08-2009   12-20-2011




G0002         MORE PAGES TO FOLLOW . . .

```
 LEWAM   540*23  *         SENTENCE MONITORING          *    02-10-2015
PAGE 003          *         COMPUTATION DATA            *    14:31:02
                            AS OF 02-10-2015


REGNO..: 64654-066  NAME: COUTINHO-SILVA, ANDERSON JOSE


TOTAL PRIOR CREDIT TIME.........: 804
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 626
TOTAL GCT EARNED................: 58
STATUTORY RELEASE DATE PROJECTED: 04-20-2025
EXPIRATION FULL TERM DATE.......: 01-06-2027
TIME SERVED.....................:         5 YEARS       4 MONTHS       4 DAYS
PERCENTAGE OF FULL TERM SERVED..:      30.9

PROJECTED SATISFACTION DATE.....: 04-20-2025
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: DIS GCT 02-21-12, 02-29-12, 05-08-12, 09-13-12, 10-15-12,
                10-24-12.COMP UPDATED TO REFLCT DIS/40 DYS E/LS.07-08-14 DIS
                GCT 27 DYS E/LS




G0002        MORE PAGES TO FOLLOW . . .
```

```
 LEWAM   540*23  *         SENTENCE MONITORING        *     02-10-2015
PAGE 004 OF 004  *          COMPUTATION DATA          *     14:31:02
                            AS OF 02-10-2015

REGNO..: 64654-066  NAME: COUTINHO-SILVA, ANDERSON JOSE


------------------------------ CURRENT DETAINERS: ------------------------------

DETAINER NO..: 001
DATE LODGED..: 11-16-2012
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: IMMIGRATION & CUSTOMS ENFORCEMENT - WHITE DEER PA
CHARGES......: DEPORTATION - BRAZIL-A089242621




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

## CERTIFICATE OF SERVICE

I hereby certify that copy of the applicant reply to the respondent response in opposition to applicant for writ a motion for a (sic) appoint counsel and habeas corpus, was sent to Matthew T. Kirsch. Acting united states attorney. At the U.S Attorney office 1801 California street, suite 1600 denver, colorado 80202. Via first class U.S postage mail on the 27th day of october 2024.

10-24-2024   signature: Anderson
DATE

Anderson Jose coutinho silva
register No. 64654-066
U.S. Penitentiary Max
P.O. Box 8500
florence, co 81226-8500

(4)

Name Collin Silva
Reg. No. 66634066
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

10/27/2024

LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 8500
FLORENCE, COLORADO 81226

OCT 28 2024

DATE:

"SPECIAL MAIL, NA,"

This enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

80294-250151

Judge Nina Y. Wang
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER
28 OCT 2024

FOREVER / USA
FOREVER / USA