FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 15 2024
JEFFREY P. COLWELL
CLERK

"Request" 11/6/2024
Date

To the U.S. district court district of Colorado.

I Applicant write the court to ask with I have to do. Filed a new Habeas corpus pursuant to 28 USC §2241 or Response reply to the Respondent Response to order to show cause (ECF no. 12) filed on 10-30-24.

I'm lost I filed habeas corpus pursuant to 28 USC § 2241 on 8-12-24

Coutinho Silva v. Ciolli

case number 1:24-cv-02012-NYW

Respectfully Silva
64654066

DENVER CO 802

13 NOV 2024 PM 6 L

Name: Coutinho Silva
Reg No: 62605-066
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

LEGAL MAIL

11/7/2024

Judge, NINA Y WANG
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

80294-250151

FEDERAL PRISON CAMP
P.O. BOX
FLORENCE, COLORADO 81226

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through a special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

NOV 0 8 2024