IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02012-NYW

ANDERSON JOSE COUTINHO-SILVA,

    Applicant,

v.

A. CIOLLI, Warden,

    Respondent.

## MINUTE ORDER

Judge Nina Y. Wang

This matter is before the Court on Applicant Anderson Jose Coutinho-Silva's ("Applicant") letter to the Court dated November 6, 2024. [Doc. 21 (the "Letter")]. In the Letter, Applicant asks the Court for further instruction with respect to this matter. *See generally* [*id.*].

The Court cannot act as Applicant's advocate, and respectfully directs Applicant to the Court's November 4, 2024 Order, wherein the Court granted Applicant leave to file an amended habeas application and directed Applicant to file his amended habeas application on the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form, which can be found, along with the applicable instructions, at www.cod.uscourts.gov, within thirty (30) days of the Court's Order.

**<u>If Applicant is unable to comply with the foregoing deadline, Applicant must file a motion for an extension of time to file his amended habeas application</u>**.

DATED:  November 20, 2024